**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 8 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| BILLIE JOE HASTINGS, ALONZO SERVIN, | § § § | **15 CR 1 5 6** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

From on or about June 26, 2014, and continuing through on or about January 15, 2015, in the Houston Division of the Southern District of Texas and elsewhere, defendants,

**BILLIE JOE HASTINGS,
ALONZO SERVIN,**

did knowingly and intentionally conspire and agree with each other and with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This offense involved a quantity of at least 50 grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

### (Felon in Possession of a Firearm)

On or about August 21, 2014 in the Houston Division of the Southern District of Texas, the defendant,

### BILLIE JOE HASTINGS,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Davis Industries, model P-380, .380 caliber pistol, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

### (Felon in Possession of a Firearm)

On or about August 21, 2014 in the Houston Division of the Southern District of Texas, the defendant,

### ALONZO SERVIN,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Davis Industries, model P-380, .380 caliber pistol, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

Original Signature on File

KENNETH MAGIDSON
UNITED STATES ATTORNEY

BY: _____
Heather Winter
Assistant United States Attorney